UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SKYLAR MARIE THEROUX, formerly known as Michael Theroux, <br><br> Plaintiff, <br><br> v. <br><br> MASSACHUSETTS DEPARTMENT OF CORRECTION, et al., <br> Defendants. | CIVIL ACTION <br> NO. 25-40079-MRG |

**ORDER**
February 17, 2026

**GUZMAN, D.J.**

Plaintiff Skylar Marie Theroux ("Theroux" or "Plaintiff"), formerly known as Michael Theroux, filed a complaint under 42 U.S.C. § 1983 and the Americans with Disabilities Act, alleging that while confined to the North Central Correctional Institution in Gardner, Massachusetts ("NCCI Gardner"), Plaintiff's constitutional rights were violated by the correctional defendants. By Memorandum and Order dated September 24, 2025, Plaintiff was granted leave to proceed in forma pauperis and was advised that in order to proceed, Plaintiff must file an amended complaint.

Now before the Court is Plaintiff's amended complaint. The Court will allow the amended complaint to be served and will direct the Clerk to issue summonses.

Accordingly, the Court hereby orders:

1. The Clerk shall issue summonses for service of the amended complaint on the named defendants. Theroux is responsible for ensuring that the summons, the amended complaint, and this order are served on the named defendants.

2. At this time, summonses will not issue as to the defendants identified as "John Doe 1-2." If, through discovery, Theroux discovers the true names of these defendants, plaintiff "should act promptly to amend the complaint to substitute the correct parties and to dismiss any baseless claims." *Martinez-Rivera v. Sanchez Ramos*, 498 F.3d 3, 8 n.5 (1st Cir. 2007). Theroux may then also file a motion for issuance of summonses for these defendants. If a summons issues, the United States Marshal shall complete service as directed by Theroux with all costs of service to be advanced by the United States.

3. Because Theroux is proceeding *in forma pauperis*, he may elect to have the United States Marshals Service ("USMS") complete service with all costs of service to be advanced by the United States. If Theroux chooses to have service completed by the USMS, he shall provide the agency with all papers for service and a completed USM-285 form for each party to be served. The USMS shall then complete service, as directed by Theroux, with all costs of service to be advanced by the United States The Clerk shall provide plaintiff with forms and instructions for service by the USMS.

4. Theroux shall have 90 days from the date of the issuance of the summonses to complete service. Failure to complete service within 90 days may result in dismissal of the action without further notice from the Court. *See* Fed. R. Civ. P. 4(m); Local Rule 4.1 (D. Mass.).

**So Ordered.**

                                               /s/ Margaret R. Guzman
                                               Margaret R. Guzman
                                               United States District Judge

Dated:  February 17, 2026